STATE OF MAINE
Androscoggin, ss.

RECEIVED & FILED

JUN 22 2001
ANDROSCOGGIN
SUPERIOR COURT

SUPERIOR COURT
Civil Action
Docket No. AP-00-30

CATHERINE LYNN,

Plaintiff

v.

**ORDER ON APPEAL**

ALFRED TRASK,

Defendant

Plaintiff Catherine Lynn filed a small claims action against defendant Altred Trask (District Court, Lewiston) but judgment was rendered for the defendant after hearing. (Cote, J.) The plaintiff filed a timely appeal to this court. The appeal is limited to issues of law and is not an opportunity to retry the case.

The parties were notified by the clerk of this court that Lynn's brief was due to be filed by December 5, 2000. On February 23, 2001 she filed a factual statement but failed to address or present any legal issues or error of law on the part of the small claims hearing judge. Even though Mr. Trask has not responded to the appeal or filed a brief on his own behalf, the appellant has not presented any issues cognizable on appeal.

The clerk will make the following entry as the Order of this court:

1. Plaintiff's appeal is denied.

2. Case is remanded to District Court for entry of final judgment.

DATED: June 22, 2001

Thomas E. Delahanty II
Justice, Superior Court